Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
bgriffith@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BOFA HOLDINGS LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive;<br><br>　　　　　Defendants. | Case No. 2:15-cv-00879-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff BOFA HOLDINGS ("Plaintiff"), by and through its attorney, Crystal Eller, and Defendant WELLS FARGO BANK, N.A. ("Defendant") by and through its attorney, the law firm of Snell & Wilmer L.L.P., hereby stipulate and agree to an extension of time up to and including June 1, 2015, for the Defendant Wells Fargo Bank, N.A. to file an answer or otherwise respond to Plaintiff's Complaint.

WHEREAS, Plaintiff filed a *Complaint for Quiet Title, Declaratory Relief, Fraud, and Negligent Misrepresentation* in District Court, Clark County, Nevada on March 27, 2015, Case No. A-15-716062-C;

21705640

1  WHEREAS, Defendant filed a *Petition for Removal* and a *Notice of Removed Action* to the U.S. District Court, District of Nevada on May 11, 2015, Case No. 2:15-CV-00879-RFB-NJK;

WHEREAS, Defendant's answer was originally due on May 18, 2015;[1]

WHEREAS, Wells Fargo needs additional time to evaluate and respond to Plaintiff's Complaint;

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

Dated: May 22, 2015.                                    Dated: May 21st, 2015.

SNELL & WILMER L.L.P.

By: _____           By: _____
Amy F. Sorenson (NV Bar No. 12495)              Crystal Eller (NV Bar No. 4978)
Blakeley E. Griffith (NV Bar No. 12386)          8625 W. Sahara Ave.
3883 Howard Hughes Parkway, Suite 1100     N. Las Vegas, NV 89117
Las Vegas, NV 89169                                      Telephone: (702) 685-6655
Telephone: (702) 784-5200                             Facsimile: (702) 685-5553
Facsimile: (702) 784-5252                              *Attorney for Plaintiff*
*Attorneys for Wells Fargo Bank, N.A.*

## ORDER

On the parties' stipulation, it is hereby ORDERED that the Defendant shall have until June 1, 2015 to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED this __22nd__ day of May 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant initially filed this Stipulation on Monday, May 18, 2015. Such Stipulation was denied without prejudice on May 20, 2015 for failure to comply with LR 6-1(b). The instant Stipulation is respectfully submitted in compliance with LR 6-1(b).

- 2 -

21705640